IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-03251-RM-MJW

KENNETH "KEN" BAUER,

    Plaintiff,

v.

WARD MANUFACTURING, LLC,
TONY FAVILLA,
KEVIN CRONIN, and
BILL WILLIAMS,

    Defendants.

---

**ORDER DISCHARGING ORDER TO SHOW CAUSE (ECF No. 21)**

---

Upon consideration of Plaintiff's Response to Order to Show Cause of May 1, 2015 (ECF No. 22) to this Court's Order to show cause entered on May 1, 2015 (ECF No. 21) it is

ORDERED that the Order (ECF No. 21) is DISCHARGED.

DATED this 6th day of May, 2015.

                                      BY THE COURT:

                                      RAYMOND P. MOORE
                                      United States District Judge