**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Case No. 14-cv-03251-RM-MJW

KENNETH "KEN" BAUER

    Plaintiff,

v.

WARD MANUFACTURING, LLC,
TONY FAVILLA,
KEVIN CRONIN, and
AND BILL WILLIAMS,

    Defendants.

---

### ORDER GRANTING STIPULATED MOTION TO DISMISS (ECF NO. 27)

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed September 11, 2015 (ECF No. 27). The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his/her or its own attorney's fees and costs.

DATED this 11th day of September, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge